IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–16–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JERI ANGELINE PHILLIPS, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 31.) Defendant Jeri Angeline Phillips has been adjudged guilty of possession with intent to distribute methamphetamine, as charged in Count I of the Indictment. (Doc 27.) Phillips also admitted to the forfeiture allegation contained in the Indictment. (*Id.*) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED the motion (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that Phillips's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11):

- $19,620.00 U.S. Currency (22-DEA-689328);

- $1,710.00 U.S. Currency (23-DEA-701244);

- $1,494.00 U.S. Currency (24-DEA-713267);

- SCCY, CPXI-3rd 9mm Pistol, SN 838433 (24-DEA-714656);

- Bond Arms Roughneck .38 Special, SN 250805 (24-DEA-714658);

- Davis Industries D-Series Deringer .22, SN 178026 (24-DEA-714664);

- Smith & Wesson 642 Centennial Airweight .38 Special, SN CAT7377 (24-DEA-714557); and

- Ruger Super Wrangler .22 Revolver, SN 204-74698 (24-DEA-714670).

IT IS FURTHER ORDERED that the DEA or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1) and 18 U.S.C. § 982(b)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, in which all interests will be addressed.

DATED this 5th day of November, 2024.

_____
Dana L. Christensen, District Judge
United States District Court